# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

PAULINE JOHNSON-BROWN

vs.                                    Case No.  02-1756(RMU)

2200 M STREET, LLC.

## NOTICE REGARDING EXHIBIT ATTACHMENT

Pursuant to the procedures for filing documents electronically, as outlined in the previous order of the Court, this Notice serves as notification that an exhibit(s) have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Date: